IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Timothy Howard, | : | |
| Petitioner | : | Civil Action 2:11-cv-00057 |
| v. | : | Judge Watson |
| Warden, Ross Correctional Institution, | : | Magistrate Judge Abel |
| Respondent | : | |

# ORDER

The February 15, 2012 notice of substitution of counsel does not comply with Rule 83.4(c)(1) of the Southern District of Ohio Civil Rules, which states in pertinent part:

> Substitution of a new trial attorney. The current trial attorney may withdraw either from the case or from the designation as trial attorney by filing a notice that is signed by (1) the current, withdrawing trial attorney; (2) the client; and (3) a new, substituting trial attorney. If the substituting trial attorney is a member of the same partnership, legal professional association, or governmental attorney group as the trial attorney to be substituted for and the notice affirmatively states that the substitution is made with the client's knowledge and consent, the client's signature is not required. Alternatively, if the withdrawing trial attorney is a governmental attorney who has undergone a change in employment status which renders him or her ineligible to continue to represent the governmental parties in the case, a new trial attorney may be substituted through the filing of a notice that so states, which is signed by new trial counsel, and which affirmatively indicates that the substitution is made with the client's knowledge and consent.

S.D. Ohio Civ. R. 83.4(c)(1).

1

Counsel are DIRECTED to file a notice of substitution of counsel that complies with this rule.

s/ Mark R. Abel
United States Magistrate Judge