IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Timothy Howard, | : | |
| Petitioner | : | Civil Action 2:11-cv-00057 |
| v. | : | Judge Watson |
| Warden, Ross Correctional Institution, | : | Magistrate Judge Abel |
| Respondent | : | |

# ORDER

Attorney Robert B. Barnhart's September 26, 2012 motion to withdrawal as co-counsel for petitioner Timothy Howard (doc. 30) is GRANTED.

s/ Mark R. Abel<br>
United States Magistrate Judge